# Exhibit 1

COMMONWEALTH OF PENNSYLVANIA

GOVERNOR'S OFFICE

PENNSYLVANIA HUMAN RELATIONS COMMISSION

|  |  |
|---|---|
| | : |
| Keli Kolegraff MD, PhD, | : |
|     Complainant | : |
| | : |
| | : |
| v. | : PHRC Case No. 202002471 |
| | : |
| Geisinger Health System; Geisinger | : EEOC No. 17F202161324 |
| Surgery Institute; Geisinger Clinic; | |
| Geisinger Health System Foundation; | |
| Geisinger Medical Center, | |
|     Respondent | : |
| | : |

## COMPLAINT

### JURISDICTION

Jurisdiction is pursuant to the Pennsylvania Human Relations Act 43 P.S. §§ 951-963.

### PARTIES

The Complainant herein is:

Keli Kolegraff MD, PhD

██████████████

The Respondent herein is:

Geisinger Health System; Geisinger Surgery Institute; Geisinger Clinic; Geisinger Health System Foundation; Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822

Received

APR 2 0 2021

PA Human Relations Commission
Philadelphia Regional Office

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVANIA HUMAN RELATIONS COMMISSION

## COMPLAINT

| | |
|---|---|
| COMPLAINANT: | : |
| | : |
| **KELI KOLEGRAFF, MD, PHD** | : |
| | : |
| v. | : |
| | : |
| RESPONDENTS: | : |
| | : |
| **GEISINGER HEALTH SYSTEM** | : |
| | : |
| and | : |
| | : |
| **GEISINGER SURGERY INSTITUTE** | : |
| | : |
| and | : |
| | : |
| **GEISINGER CLINIC** | : |
| | : |
| and | : |
| | : |
| **GEISINGER HEALTH SYSTEM FOUNDATION** | : |
| | : |
| and | : |
| | : |
| **GEISINGER MEDICAL CENTER** | : |

Docket No. 202002471

1. The Complainant herein is:

   Name:  Keli Kolegraff, MD, PhD

   Address:  ███████████

1

2.  The Respondents herein are:

Names:                      Geisinger Health System; Geisinger Surgery Institute;
                            Geisinger Clinic; Geisinger Health System Foundation;
                            Geisinger Medical Center

Address:                    100 North Academy Avenue
                            Danville, PA 17822

3.  I, Keli Kolegraff, MD, PhD, the Complainant herein, allege that I was subjected to

unlawful discrimination because of my sex (female) and unlawful retaliation because of my

complaints of sex discrimination, as set forth below.

**Discrimination and Retaliation**

**A. I specifically allege:**

[1]       I was hired by Respondents on or about April 24, 2020, and began my

employment with Respondents on September 1, 2020.

[2]       I consistently performed my job duties in a highly competent manner.

[3]       I last held the position of Associate Plastic Surgeon in the Department of

Plastic and Reconstructive Surgery at the Danville location.

[4]       I last reported to Christian Kauffman (male), Chair, Plastic Surgery.

Kauffman reported to Mohsen Shabahang (male), Chair, Geisinger Surgery Institute.  Shabahang

reported to Alfred Casale (male), Chief Medical Officer, Surgical Services.

[5]       I was the only female employee directly reporting to Kauffman at the

Danville location.

[6]       At the time of my termination, in addition to me, the following employees

directly reported to Kauffman at the Danville location.  I was qualified to perform the Associate

Plastic Surgeon position.

                    a)  Sean Devitt (male), Associate Plastic Surgeon;

2

b) Joseph DeSantis (male) Associate Plastic Surgeon.

[7]      On September 1, 2020, in a meeting with Cheryl Martin (female), Associate Vice President of the Surgical Institute, she told me that Respondents were excited to have me join, as Respondents were excited to finally have a female plastic surgeon. She stated that patients had been asking for a female plastic surgeon, and there was already a waiting list to see me.

[8]      I was told by Rosemary Leeming (female), Chief Medical Officer, and Nicole Sharp (female), Breast Surgeon, that many patients requested a female plastic surgeon and that they were excited that I had been hired so that patients who request a female plastic surgeon would now have that option.

[9]      Many female patients told me that they were happy to have a female surgeon to talk to, because I could relate better to what they were going through, and that they had been requesting a female surgeon for a while.

[10]      I regularly received positive emails and reviews from patients, thanking me for my care.

[11]      I was commended for taking exceptional care of my patients.

[12]      I received a perfect score in patient ratings and reviews—higher than the scores my male colleagues received.

[13]      Respondents treated female employees, including me, differently and worse, and in a more hostile, dismissive, and demeaning manner than they treated male employees.

[14]      Respondents belittled me, ignored me, and indicated that my contributions did not matter.

3

[15]     Kauffman falsely accused me of "stealing" female breast reconstruction patients before I even started seeing patients. Kauffman falsely accused Sharp (female) of being manipulative and trying to get me to be her go-to plastic surgeon. Kauffman instructed me to stop interacting with Sharp.

[16]     Unlike male employees' new provider announcement flyers, which featured only them, my new provider announcement flyer included me along with my male colleagues.

[17]     Numerous employees told me that they thought I was being treated in sex discriminatory way and different from male employees.

[18]     Multiple female physicians indicated that they believed that I was being targeted by the male employees in the plastic surgery department and Respondents' "boys' club."

[19]     I was told by Lisa Jacobs (female), Associate Plastic Surgeon, that Respondents were "a boys' club," and the men stick together.

[20]     Former employees told me that they recognized a pattern and believed that I was being targeted because I was a woman.

[21]     Male supervisors and employees, including Kauffman, Shabahang, Devitt, and DeSantis, were condescending, confrontational, demeaning, and harsh to female employees, including me.

[22]     Kauffman used my ideas and research without attributing them to me.

[23]     At department meetings, male employees spoke up, contributed readily, and were encouraged to do so; when a female employee spoke up or shared an idea, she would be dismissed or discredited.

4

[24]     I was excluded from meetings and communications related to my job duties.

[25]     I did not receive the support, training, and mentoring that male employees received.

[26]     Male employees were commended for asking for advice; when I asked for advice, it raised "concerns" about my ability.

[27]     I was held to a more stringent standard than male employees were held.

[28]     Kauffman canceled one-on-one meetings that were scheduled with me. I did not observe Kauffman doing the same to male employees.

[29]     Kauffman routinely changed his expectations of me.

[30]     Male employees were advertised and recognized by Respondents while I was not.

[31]     I was unjustly criticized for being "too hands-on" and "caring" with patients.

[32]     I was micromanaged and watched very closely during surgical procedures, and Kauffman would routinely come into my surgeries, unannounced, and scrutinize my work. I did not observe him doing this with male employees.

[33]     While male employees consistently were assisted by physician's assistants during surgeries, I was told that, for several of my surgeries, no physician's assistants were available.

[34]     Other physicians and surgeons told me that my male colleagues indicated that they did not like that I was getting a lot of referrals.

5

[35]    I found male employees' conduct and comments to be offensive, based on sex, and contributing to the hostile work environment to which I was subjected.

[36]    I have heard that numerous female employees complained of sex discrimination and sexual harassment at Respondents, but that nothing was done in response.

[37]    On October 8, 2020, in a meeting with Kauffman, he unjustly criticized my performance. Kauffman told me that there had been some "issues" about me that have arisen, and instructed me to cancel my clinics and not to call my patients. I asked if there had been complaints about me. He said there had not been complaints about me, but he knew there would be.

[38]    On November 6, 2020, in an email to Sharp (female), Kauffman falsely accused her of showing favoritism to me in her referrals for breast reconstruction surgery.

[39]    On November 13, 2020, in a phone call with Leeming, I complained of sex discrimination. I complained that I was being treated differently and worse, and in a more hostile and dismissive manner, than my male colleagues. I stated that I was being unjustly criticized, held to a more stringent standard, and felt like I had a target on my back. I stated that Kauffman falsely accused me of trying to steal female patients. I cried during the conversation. Leeming validated my sex discrimination concerns, and gave me additional examples of how I was being treated differently. She told me that, when Devitt (male) started in practice one (1) year ago, Kauffman encouraged the breast surgeons to call him directly with all referrals, and had Devitt serve as the representative on committees, including the breast multidisciplinary committee. She discouraged me from taking my complaints to Human Resources, and said she did not think they would help me. When I told her that I had an unexplained, upcoming meeting with Shabahang and Kauffman on November 24, 2020, and that Kauffman had cancelled my

6

monthly one-on-one meeting scheduled for November 20, 2020 without explanation, she told me that she did not have a good feeling about this. She told me that Shabahang could not be trusted and that she did not trust him. She told me that she would look into my concerns and get back to me.

[40]    On November 21, 2020, on a phone call with Leeming, she told me that she had spoken with people in leadership at Respondents about my experiences and sex discrimination complaints, and that they were concerned about what was happening. Leeming told me that Respondents were not supportive of women.

[41]    On November 24, 2020, in a meeting with Kauffman, Shabahang, and Wendie Snyder (female), Operations Director, they unjustly criticized my performance and my surgical skills, and made false statements and misrepresentations about me. I was told that Respondents had "concerns" about me. I was unjustly criticized for asking for advice during a surgery, and falsely accused of not knowing what I was doing or having the ability to train residents. I was told that "fit" was important for a small department like plastic surgery, and one (1) person can disrupt the dynamic. I was told that I was not a good fit for the department. I rebutted the criticisms and false statements about my performance. Kauffman stated numerous times that his concerns were significant, and he did not think that I would be able to improve from here. Shabahang stated that this seemed like a misunderstanding, and that now we should try to move forward.

[42]    On November 25, 2020, in a meeting with DeSantis, I stated that I did not understand why I was being unjustly criticized, and that it felt like Respondents were using anything they could find against me. I stated that I did not feel as though I was being given a fair chance. He told me he would look into the situation and get back to me.

7

[43]      On November 29, 2020, in a phone call with Gerald Maloney (male), Chief Medical Officer, I complained of sex discrimination. I complained that I was being treated differently and worse than my male colleagues. I told him that I was being asked not to call my patients, asked to cancel my clinics, falsely accused of stealing patients, and that, overall, I was not being respected in the department. I stated that I felt I was being targeted and set up to fail. Maloney expressed concern, and commented that Respondents had a problem with things like this in the past. He told me to rely on Leeming as an advocate and ally.

[44]      On December 3, 2020, in a meeting with Kauffman, Snyder, Devitt, and DeSantis, they unjustly criticized my performance, made false statements and misrepresentations, again expressed "concerns" about me, and belittled me. Kauffman told me at the beginning of the meeting that he did not want me to respond to anything they were telling me. They refused to allow me to rebut their criticisms, false statements, misrepresentations, or "concerns" about me. Devitt falsely accused me of misrepresenting myself during my interviews for the position and falsely accused me of not knowing what I was doing in surgical procedures or being capable of teaching residents. I did not misrepresent my skills and abilities in my interviews, and had won a national teaching award that year for my contributions to resident teaching and education. Kauffman repeatedly tried to stop me from defending myself and indicated that I was being annoying.

[45]      On December 5, 2020, in a meeting with DeSantis, I complained of sex discrimination. I complained that I felt I was being targeted as a woman in the department and that I was not being given a fair chance to succeed. DeSantis indicated that I deserved to be treated this way and that I should do what my boss tells me to do without asking questions. DeSantis asked me if I really wanted to weather out this storm, considering that the situation was

8

so bad, and asked me at what point I would decide that it was not worth it and move on. I responded that I loved my job and my work, and wanted Respondents to realize that I had value, complimentary interests, and skills to contribute.

[46]    On December 6, 2020, in a conversation with Akpene Gbegnon (female), General Surgeon, I complained of sex discrimination. I told her what I was experiencing and that I was concerned about an upcoming meeting with Shabahang. She was immediately concerned, and told to me that she would send an email to high-level employees who could help me.

[47]    On December 6, 2020, in an email from Gbegnon to Brion Lieberman (male), Vice President Human Resources, Jaewon Ryu (male), President and Chief Executive Officer, Edward Hartle (male), Vice President and Chief Medical Officer, and Arthur Breese (male), Director of Diversity and Inclusion, and Melissa Bowditch (female), Human Resources Representative, that stated the following: "I just learned that another female surgeon is currently experiencing an even worse situation than mine within the department of surgery. Can the leadership please stop this? How many women have to suffer abuse and retaliation before something is done?"

[48]    On December 6, 2020, in a response email from Lieberman to Gbegnon, he asked the name of the individual referenced in the above email.

[49]    On December 6, 2020, in a response email from Gbegnon to Lieberman, copying Ryu, Hartle, Breese, and Bowditch, she provided my contact information and stated the following: "Her name is Dr. Keli Kolegraff. She is a newly hired plastic surgeon in the department. . . . She is concerned about a meeting she has with Dr. Shabahang tomorrow morning at 9am, and has already shared with me her horrible experiences within the department.

9

I just called her to get her permission to share her information. She would love it if she could talk to someone either tonight or tomorrow morning, preferably before her meeting with Dr. Shabahang."

[50]    On December 6, 2020, following the above, in an email to me from Lieberman, copying Breese and Allison McClafferty (female), Human Resources Representative, he stated the following: "Your contact information was provided to me by Dr Gbegnon. She shared you were concerned about the experience you are having at Geisinger and a meeting you have tomorrow with Dr Shabahang at 9am. I've asked my colleague Allison McClafferty to reach out to you tomorrow morning, before 9a. She will be in touch, please let Allison know the best number to call. I've also copied my other colleague, Arthur, as he was on the same email from Dr Gbegnon asking for outreach to you so I wanted to keep him included and aware."

[51]    On December 6, 2020, following the above, Gbegnon forwarded to me the above email exchange between her and Lieberman.

[52]    On December 7, 2020, in a virtual meeting with McClafferty, I complained of sex discrimination. I detailed how I was being treated by male supervisors and colleagues, and complained that I felt I was being unjustly criticized, held to more stringent standards, not given support, targeted, and set up to fail because I am a woman. I stated that I was concerned about my upcoming meeting with Shabahang, based on other meetings I had recently.

[53]    On December 7, 2020, following the above meeting, in a meeting with Shabahang and Erin Pica (female), Vice President, Surgery Institute, Shabahang spoke to me in a condescending manner, and told me he knew that I had meetings recently with Kauffman and my male colleagues. I again rebutted the unjust criticisms, accusations, false statements, and

misrepresentations against me. Shabahang asked me if I had yet grasped the reason why I ended up down this road. He stated that the plastic surgery department was a very small department and the dynamic and interaction among the group was very important. I understood that he was trying to intimidate me and stop me from speaking up for myself and complaining of sex discrimination.

[54]     On December 9, 2020, in a virtual meeting with McClafferty, we continued our conversation from December 7, 2020. I provided additional examples of how I was being treated in a hostile and dismissive manner because I am female. She acknowledged that my work environment was hostile.

[55]     On December 13, 2020, on a phone call with Casale, he stated that Shabahang and Kauffman had taken their concerns about me to him, and wanted to know from me what was going on. I complained that I felt like I was being targeted because I am a woman. I explained that I knew how to do the surgical procedures that I was being unjustly criticized for, and that I thought I was supposed to be learning from Kauffman and being mentored and supported by Shabahang. I complained that I was being targeted and not supported because I am a woman. Casale stated that someone needed to talk with these guys.

[56]     On December 13, 2020, following the above call, on a phone call with Leeming, she told me that my male supervisors and colleagues were out to get me, and I was not safe.

[57]     On December 17, 2020, in an email to McClafferty, I complained of sex discrimination. I complained: "As I watch and experience this situation evolving, and as you are aware from the email sent by Akpene Gbegnon, it is clear that I am being treated differently than my male partners. I am being held to a different, higher standard and have different rules. I was

11

falsely accused of stealing female breast reconstruction patients before I even started seeing patients. I am told that I am 'too hands on' and caring with patients. My professional opinions and expertise are ignored and/or outright belittled. My male partners meet and discuss department matters without me present. They make disparaging remarks about other female surgeons.  It is fine with me if you share my experience and sex discrimination concerns with Dr. Casale. I would like to find a resolution to this situation so that I can continue to focus on my work and patients here at Geisinger."

[58]     On December 20, 2020, I provided McClafferty with documentation supporting my sex discrimination complaints.

[59]     On December 22, 2020, in an email from McClafferty, she stated the following: "[B]ased on the concerns of sex discrimination you've raised in your email to me on the evening of December 17th, I am obliged to formally take action and investigate. Geisinger takes allegations of discrimination very seriously and must thoroughly review these allegations. I will be speaking with Dr. Casale, however, conversations with other members of the Surgery Institute/Plastic Surgery department will need to occur as part of this process.  Please be aware that Geisinger does not tolerate retaliation."

[60]     On December 24, 2020, in a conversation with McClafferty, I understood, based on her tone, that she was annoyed with me and my sex discrimination complaints.  She told me that she would begin an investigation into my sex discrimination complaints after the holidays, on January 4, 2021.

[61]     On December 31, 2020, in an email from McClafferty, she told me that she would be meeting with Shabahang and Pica on January 4, 2021, to make them aware of my sex discrimination complaints.

12

[62]     On January 5, 2021, in an email from McClafferty, she told me that Shabahang, Kauffman, and Pica were made aware of my sex discrimination complaints on January 4, 2021.

[63]     On January 11, 2021, in a conversation with Leeming, she stated that what my male supervisors and colleagues were doing to me was evil, and that she did not understand what they had against me but that they wanted me out.

[64]     On January 19, 2021 in a phone call with McClafferty, she told me that Respondents had concluded their investigation and found no evidence to substantiate my sex discrimination complaints.  She stated that she could understand why the guys were frustrated with me because I refused to do things that they asked me to do.  When I asked what she meant by this statement, she had no examples or further information, and would not elaborate.  I told her that this was not true.  I stated that I was doing what they were asking me to do but that the rules kept changing and they kept spinning things against me.  She told me that I needed to give them the benefit of the doubt, assume positive intent, and assume that they were acting in my best interests.  I requested a written report of her investigation findings.  She refused to provide the same to me and stated that she would follow up with an email to outline a summary of her conclusions.

[65]     Respondents failed to remedy or prevent the sex discrimination to which I was subjected.

[66]     On January 21, 2021, in an email from McClafferty, she stated that my "concerns of gender discrimination within the Plastic Surgery Department were not able to be substantiated," and that the "matter" was "considered closed at this time."

13

[67]     After I complained of sex discrimination, I was treated in an increasingly hostile and dismissive manner, and differently and worse than before I had complained of sex discrimination and differently and worse than male and/or noncomplaining employees.

[68]     Kauffman cancelled scheduled meetings with me without explanation.

[69]     I was excluded from meetings and communications that I had been part of before I complained of sex discrimination.

[70]     When I asked why I had not been part of a meeting to which my noncomplaining male colleagues were invited, Kauffman stated that it was a "committee meeting." I received no explanation as to why I was not part of the committee and my noncomplaining male colleagues were.

[71]     Respondents canceled surgeries that I had scheduled with patients.

[72]     Respondents held me to a more stringent standard than my noncomplaining male colleagues.

[73]     Respondents assigned me less operating room time than my noncomplaining male colleagues were assigned.

[74]     I no longer received breast reconstruction referrals, and had significantly fewer new patient consultations than my noncomplaining male colleagues had.

[75]     I was ignored and excluded from routine patient care duties.

[76]     On January 27, 2021, in an email from Kauffman, he told me that he would place me on a Performance Improvement Plan if I did not complete certain tasks within the next two (2) days, which was two (2) days sooner than I was originally told the assignments were due. I followed up with Kauffman later that day to let him know that I had completed the assignments.

14

[77]     On February 3, 2021, in a phone call with Casale, he unjustly criticized me for getting everyone in plastic surgery department to be upset with me. I responded that I felt like I had no support and that I was being targeted because I am a woman. Casale stated that McClafferty concluded that there was no sex discrimination. Casale seemed disappointed when I expressed that I enjoyed the work that I did and wanted to move forward and be able to focus on my work and my patients. I understood Casale to indicate that I should resign from Respondents.

[78]     On February 5, 2021, in a meeting with Shabahang, Kauffman, Snyder, and McClafferty, Respondents instructed me to resign. Shabahang stated that, as I was aware, McClafferty recently concluded her investigation of my sex discrimination complaints and that she found no evidence that I was being treated differently. Shabahang told me that I would resign if I knew what was good for me, and Kauffman agreed. Shabahang and Kauffman told me that my microsurgical skill level did not match what Respondents were looking for in my position, and that I was not a good match for the department. This is false. When I asked if I could do more microsurgeries, as it was unfortunate that Kauffman had the impression that my skills were not what they should be, Shabahang and Kauffman told me that I would not be given the opportunity to improve my microsurgical skills. When I asked whether there was another position to which I could transfer, I was told that I was not qualified for any open positions at Respondents, which was false, and that I had no future at Respondents. I complained that I was being discriminated against because of my sex and retaliated against because of my sex discrimination complaints. They did not deny the same. They told me that, if I resigned, they would write letters of recommendation for me.

[79]     After the above meeting, I was removed from the plastic surgery residency program faculty roster. By removing me from the roster, even though I remained faculty in the residency program, I had no opportunity to complete the American College of Graduate Medical Education survey on workplace harassment and gender discrimination.

[80]     In or about February 2021, Martin (female) resigned from Respondents.

[81]     Before I had complained of sex discrimination, I had no indication my job was in jeopardy.

[82]     On February 7, 2021, in an email to Shabahang, Kauffman, Lieberman, Snyder, and McClafferty, and forwarded to Casale, I stated that I was not resigning, and complained of sex discrimination. I complained: "The fact that you are unwilling to mentor and support a female surgeon in her transition from residency to junior faculty is further evidence of the rampant gender discrimination within the Geisinger Department of Plastic Surgery and the Surgical Institute."

[83]     On February 8, 2021, in an email from Shabahang, he acknowledged receipt of my February 7, 2021 email, and stated that he had scheduled a mandatory meeting for the next day to discuss further.

[84]     On February 9, 2021, in a meeting with Shabahang, Kauffman, Snyder, and McClafferty, Respondents again instructed me to resign. They told me that, if I did not resign, my patient safety record could be called into question, which could result in some of my hospital privileges being revoked and a medical board investigation into me. They told me that my February 7, 2021 email, in which I complained of sex discrimination, was offensive and slander against Respondents. I was told that I needed to be careful about what I said. They told me that if I did not resign, my employment would be terminated effective March 12, 2021.

16

Shabahang told me that the March 12, 2021 termination date was meant to jeopardize my ability to sit for my board exams on May 11, 2021, as I need to be employed and actively employed in order to take my board exams. He told me that, if I resigned, I would be paid through May 31, 2021, which would not jeopardize my ability to take my board exams. The stated reason for my termination was that my microsurgical skills were not meeting Kauffman's expectations. They told me that they already had a plan: I would stop seeing new patients on February 15, 2021; and my employment would end on March 12, 2021.

[85]     I was never placed on any progressive discipline or offered any plan or further training to address any alleged deficiencies or concerns.

[86]     On February 11, 2021, in a meeting with Lieberman, he told me that, if I did not resign, Respondents may open a patient safety investigation into me, which could result in some of my hospital privileges being revoked. He stated that, if my hospital privileges were revoked, I would have to disclose the same on future job applications. He stated that Respondents had concerns about my ability and that I would not be given the opportunity to improve my skills that were in question. I responded that I had done nothing wrong regarding patient safety, and nothing to warrant an investigation into my conduct.

[87]     Respondents were threatening me in attempt to have me resign.

[88]     Several of my patients indicated to me that they felt I was being pushed out of the department by my male supervisors and colleagues, and that it was "sexism"— especially after they received a letter from Respondents on or about February 12, 2021, stating that I was no longer seeing patients at Respondents and that my patients would be in good hands with Kauffman (male), DeSantis (male), or Devitt (male).

17

[89]     On February 13, 2021, in a conversation with Leeming, she told me to go easy on the guys—that they were just little men in a small town, and they really did not know what they were doing. She stated that there were deep problems at Respondents.

[90]     On February 15, 2021, in an email from Kauffman, he stated that I would have no new clinic patients starting on February 15, 2021 and no operating room time starting on March 1, 2021, and that my last day of employment would be March 12, 2021.

[91]     On February 24, 2021, in an email from Kauffman, he stated the following: "I wanted to clarify with you the plan starting on March 1st. The 2 weeks in March are to allow to see as many follow-up patients as you would like. Starting March 1st, you will not be doing any more OR cases (at GMC or Woodbine) or clinic procedures. I'm sorry that I didn't clarify clinic procedures earlier, but the expectation is no procedures starting March 1st. I also need you to stop communicating directly with patients via phone or email. Communication should go through Nicole or Amy. Patients are getting confused when they are hearing from you and then hearing from us. All patients plans should be communicated with Nicole, Amy, Steph, Wendie, or myself, and we will then communicate with the patient." When I responded by asking why he had me listed on the call schedule for the last weekend of February if I was not allowed to operate or perform procedures, Kauffman stated, in a follow-up email: "I was planning on transferring any consults to someone else. That being said, I will be taking call this weekend to avoid any issues."

[92]     On March 1, 2021, in an email to Shabahang, Kauffman, Lieberman, McClafferty, and Snyder, I again complained of sex discrimination and retaliation. I stated the following:

In meetings with Drs. Shabahang and Kauffman, Wendie, and Allison on 2/5 and 2/9, I have been told numerous times to resign. I was told that I would be given letters of reference. I was accused of "slandering" Geisinger when I complained of sex discrimination. I was told that if I did not resign, I would be terminated as of 3/12. As described by Drs. Shabahang and Kauffman, Wendie, and Allison on 2/5 and 2/9 and further elaborated on by Brion on 2/11, if I don't resign, there would be the potential for significant damage to my future and my career. Specifically, in the meeting with Brion on 2/11, I was told that I was not safe with patients, that I was not capable of doing certain procedures, that I could have privileges revoked, and that Geisinger would open a patient safety investigation into me if I did not resign. I have done nothing to warrant a patient safety investigation into my procedures or performance, and no concerns had previously been raised to me. Additionally, this is in complete contrast to the offers to provide me with letters of reference. It seems to me that the termination of my clinical practice has already occurred, as you have made it clear that I am no longer allowed to see new patients, operate, perform procedures, or communicate directly with my patients via phone or email as of today. . . . .

With these considerations in mind, I will emphasize again that I am not going to resign under any circumstance. I have no reason to resign. I strongly disagree that there is any reason for concern

19

regarding my microsurgical skills or safety with patients. Furthermore, I have never seen any documentation of any complaint or concern about me.

It was only after I complained in writing of sex discrimination that I was told to resign or be terminated. I believe that I am being discriminated against because I am a woman and retaliated against for complaining of sex discrimination at Geisinger.

[93]     On March 5, 2021, in an email from Lieberman, he acknowledged that I "alleg[ed] sex based disparate treatment on or about December 17, 2020," and did not deny that I was being terminated because of my sex or because of my sex discrimination complaints.

[94]     On March 7, 2021, in an email to Lieberman, copying Shabahang, Kauffman, Snyder, and McClafferty, I stated the following: "I find it telling that you have chosen to suddenly terminate my employment, disrupting the care of hundreds of my patients, including at least fifty of whom were scheduled to have surgery with me in the coming months, jeopardizing my career and future, rather than simply let me finish out my term with Geisinger. This has nothing to do with the department's need for a microsurgeon. This is retaliation against me in response to my complaint about gender discrimination at this institution."

[95]     I received no response to my email.

[96]     On March 10, 2021, Kauffman aggressively knocked on my office door and told me in a loud voice that he needed to speak with me now. When I opened the door, I saw that he was accompanied by security guards and a large German Shepherd dog. I was taken into a meeting with Kauffman, Shabahang, McClafferty, and Snyder. Kauffman stated that a patient had come forward with a complaint against me, stating that I had requested their medical

20

records, and that this situation had been reviewed with the privacy office. Kauffman stated that, since this was against hospital policy, my employment with Respondents was terminated, effective immediately. When I asked for the name of the patient, the nature of the complaint, and further details, Kauffman refused to give me any further information. When I stated that requesting patients' medical records was not a policy violation, that it was common and accepted for surgeons to do the same, that I had obtained consent from patients to obtain their medical records, and that, although I received patients' consent, I had not obtained any patients' records, no one responded. Kauffman handed me a letter, signed by Kauffman, stating that my employment was terminated "based on [my] current microsurgical skills." I was then instructed to leave the building and that my personal belongings would be shipped to me. I was escorted out of the building by the security guards and dog.

[97]     Respondents terminated my employment because of my sex and/or my complaints of sex discrimination.

[98]     On March 12, 2021, in an email from McClafferty, she stated that I was "relieved of employment responsibilities" on March 10, 2021, but that my "employment termination date would be March 12, 2021."

[99]     I was the only employee reporting to Kauffman who was terminated effective March 12, 2021.

[100]    I had no documented disciplinary or performance issues.

[101]    When I was hired, Respondents never indicated to me that they expected me to be ready to independently perform microsurgical cases within my first year of employment.

21

[102]     Respondents subjected me to a hostile work environment because of my sex and/or my complaints of sex discrimination.

[103]     Respondents failed to remedy or prevent the sex discrimination and retaliation at Respondents.

[104]     I had no opportunity to remain employed with Respondents.

[105]     Respondents assigned my job duties to male and/or noncomplaining employees.

[106]     Respondents' sex discriminatory and retaliatory conduct and comments have caused me emotional distress.

[107]     Respondents' sex discriminatory and retaliatory conduct and comments constitute a continuing violation.

[108]     Respondents recently terminated and/or pushed out the following female employees:

      a)  Akpéne Gbegnon (female), General Surgeon;

      b)  Christine Du (female), Transplant Surgeon;

      c)  Eileen Studders (female), Dentist.

[109]     Respondents' comments and conduct evidence a bias against female and/or complaining employees.

[110]     Respondents have an underrepresentation of female employees, especially in high level positions.

[111]     **I bring this Complaint as a class and pattern and practice Complaint on behalf of myself and any and all current or former employees of Respondents who are female, and have been discriminated against based on sex, in connection with the terms and**

conditions of their employment, including being subjected to a hostile work environment, demotion, failure to promote, compensation, and/or termination.

      **B.** Based on the aforementioned, I allege that Respondents have discriminated against me because of my sex (female) and retaliated against me because of my complaints of sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), and the Pennsylvania Human Relations Act, as amended, 43 P.S. § 951, *et seq.* ("PHRA").

    4.    The allegations in Paragraph 3 hereof constitute unlawful discriminatory practices in violation of:

      **X**    **Pennsylvania Human Relations Act (Act of October 27, 1955, P.L. 744, as amended) Section 5 Subsection(s):  (a); (d)**

      ____    Section 5.1 Subsection(s) _____

      ____    Section 5.2 Subsection(s) _____

      ____    Pennsylvania Fair Educational Opportunities Act (Act of July 17, 1961, P.L. 766, as amended) Section 4 Subsection(s) _____

    5.    Other action based upon the aforesaid allegations has been instituted by the Complainant in any court or before any other commission within the Commonwealth of Pennsylvania as follows:

      **X**    **This charge will be referred to the EEOC for the purpose of dual filing.**

    6.    The Complainant seeks that Respondent be required to:

(a) Make the Complainant whole.

(b) Eliminate all unlawful discriminatory practice(s) and procedure(s).

(c) Remedy the discriminatory effect of past practice(s) and procedure(s).

(d) Take further affirmative action necessary and appropriate to remedy the violation complained of herein.

(e) Provide such further relief as the Commission deems necessary and appropriate.

## **VERIFICATION**

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 P.A.C.A. Section 4904, relating to unsworn falsification to authorities.

04-20-2021

(Date Signed)

(Signature)    Keli Kolegraff, MD, PhD

25