# Exhibit 2

COMMONWEALTH OF PENNSYLVANIA

GOVERNOR'S OFFICE

PENNSYLVANIA HUMAN RELATIONS COMMISSION

Keli Kolegraff MD, PhD,
    Complainant

v.

Geisinger Health System; Geisinger
Surgery Institute; Geisinger Clinic;
Geisinger Health System Foundation;
Geisinger Medical Center,
    Respondents

: PHRC Case No. 202102247

: EEOC No. 17F202260889

## COMPLAINT

### JURISDICTION

Jurisdiction is pursuant to the Pennsylvania Human Relations Act 43 P.S. §§ 951-963.

### PARTIES

The Complainant herein is:

Keli Kolegraff MD, PhD



The Respondents herein are:

Geisinger Health System; Geisinger Surgery Institute; Geisinger Clinic; Geisinger Health System Foundation; Geisinger Medical Center
100 North Academy Avenue
Danville, PA 17822

Received
APR 19 2022
PA Human Relations Commission
Philadelphia Regional Office

COMMONWEALTH OF PENNSYLVANIA
GOVERNOR'S OFFICE
PENNSYLVANIA HUMAN RELATIONS COMMISSION

## SECOND COMPLAINT

| | |
|---|---|
| COMPLAINANT: | |
| KELI KOLEGRAFF, MD, PHD | Docket No. 202002471 |
| v. | |
| RESPONDENTS: | |
| **GEISINGER HEALTH SYSTEM** | |
| and | |
| **GEISINGER SURGERY INSTITUTE** | |
| and | |
| **GEISINGER CLINIC** | |
| and | |
| **GEISINGER HEALTH SYSTEM FOUNDATION** | |
| and | |
| **GEISINGER MEDICAL CENTER** | |

1. The Complainant herein is:

   Name:     Keli Kolegraff, MD, PhD

   Address:  █████████████

1

2. The Respondents herein are:

| | |
|---|---|
| Names: | Geisinger Health System; Geisinger Surgery Institute; Geisinger Clinic; Geisinger Health System Foundation; Geisinger Medical Center |
| Address: | 100 North Academy Avenue<br>Danville, PA 17822 |

3. I, Keli Kolegraff, MD, PhD, the Complainant herein, allege that I was subjected to unlawful discrimination because of my sex (female) and unlawful retaliation because of my complaints of sex discrimination, as set forth below.

**Discrimination and Retaliation**

A. I specifically allege:

[1] On April 20, 2021, I filed my first Complaint with the PHRC.

[2] On April 21, 2021, Respondents were sent a copy of my PHRC Complaint.

[3] On March 23, 2022, I applied for the posted Plastic Surgeon position at Respondents.

[4] I was qualified for the position, as I had held this position at Respondents before I was terminated.

[5] On March 30, 2022, in an email from Sarah Lipka, Senior Provider Recruiter, she thanked me for my application and stated that she would be in contact with me soon with additional information.

[6] On April 4, 2022, in an email from Lipka, she stated the following: "Thank you for your interest in Geisinger's Plastic Surgery position. While we appreciate your application, you are not eligible for rehire per our records."

2

[7] I had not previously been told that I was not eligible for rehire by Respondents.

[8] On April 6, 2022, in an email to Lipka, I stated the following: "Thank you for your reply. To be honest, I am quite perplexed by your response. This is the first time I am hearing that I am ineligible for rehire at Geisinger. This was never told to me. In fact, I was offered a severance agreement upon my termination. Please explain to me why I am ineligible for rehire, who made the decision, and when the decision was made. Please provide this answer to me, in writing, within 10 days. As you know, I have brought a claim of sex discrimination and retaliation against Geisinger under state and federal law, and these laws prohibit any form of retaliation. If I do not hear a response within 10 days, I will take that as an admission of a violation of state and federal law."

[9] I received no response to my above email.

[10] Respondents offered no explanation, including the criteria, as to why I was not eligible for rehire.

[11] Respondents' failure to respond to my above email is an admission that Respondents violated state and federal law.

[12] Respondents failed to interview me or offer me the position for which I was qualified, had previously held, and had applied because of my sex and/or my sex discrimination complaints.

[13] Respondents' comments and conduct evidence a bias against female and/or complaining employees.

[14] Respondents' comments and conduct have caused me emotional distress.

3

B. Based on the aforementioned, I allege that Respondents have discriminated against me because of my sex (female) and retaliated against me because of my complaints of sex discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* ("Title VII"), and the Pennsylvania Human Relations Act, as amended, 43 P.S. § 951, *et seq.* ("PHRA").

4. The allegations in Paragraph 3 hereof constitute unlawful discriminatory practices in violation of:

    __X__     Pennsylvania Human Relations Act (Act of October 27, 1955, P.L. 744, as amended) Section 5 Subsection(s): __(a); (d)__

    _____     Section 5.1 Subsection(s) _____

    _____     Section 5.2 Subsection(s) _____

    _____     Pennsylvania Fair Educational Opportunities Act (Act of July 17, 1961, P.L. 766, as amended) Section 4 Subsection(s) _____

5. Other action based upon the aforesaid allegations has been instituted by the Complainant in any court or before any other commission within the Commonwealth of Pennsylvania as follows:

    __X__     This charge will be referred to the EEOC for the purpose of dual filing.

6. The Complainant seeks that Respondents be required to:

(a) Make the Complainant whole.

(b) Eliminate all unlawful discriminatory practice(s) and procedure(s).

(c) Remedy the discriminatory effect of past practice(s) and procedure(s).

(d) Take further affirmative action necessary and appropriate to remedy the violation complained of herein.

(e) Provide such further relief as the Commission deems necessary and appropriate.

## VERIFICATION

I hereby verify that the statements contained in this complaint are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 P.A.C.A. Section 4904, relating to unsworn falsification to authorities.

04-19-2022
(Date Signed)

(Signature)   Keli Kolegraff, MD, PhD

6